UNITED STATES DISTRICT COURT
Western District of Texas
DEL RIO DIVISION

FILED
December 7, 2022
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ JP
DEPUTY

UNITED STATES OF AMERICA

v.

Luis Alfredo Lira-Villa
Defendant

Case Number: 2:22-CR-01068(1)-MVL
USM Number: 72451-065

FILED
DEC 09 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

The defendant, Luis Alfredo Lira-Villa, was represented by Jose Moncayo (AFPD).

The defendant pled guilty to Count(s) One of the Indictment on July 15, 2022. Accordingly, the defendant is adjudged guilty of such Count(s), involving the following offense(s)

| Title and Section | Nature of Offense | Offense Ended | Count(s) |
|---|---|---|---|
| 8 U.S.C. § 1326 | Illegal Re-Entry into the United States | April 17, 2022 | One |

As pronounced on December 7, 2022, the defendant is sentenced as provided in pages 2 through 6 of the judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is further ordered that the defendant shall notify the United States Attorney for the district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by the Judgment are fully paid. If ordered to pay restitution, the defendant shall notify the Court and United States Attorney of any material change in the defendant's economic circumstances.

Signed this the 7th day of December 2022.

MARY ANN VIAL LEMMON
Senior United States District Judge

U.S. MARSHALS W/TX
RECEIVED
DEC 08 2022
DEL RIO, TX

RETURNED EXECUTED
12/8/2022

Arresting Agency: United States Border Patrol

A true copy of the original, I certify.
Clerk, U.S. District Court
By:_____
Deputy Clerk